IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAROLE TRUITT, et al.,

    Plaintiffs,

v.

UNITED TECHNOLOGIES CORPORATION,

    Defendant.
_____/

No. C 10-01573 JSW

**ORDER SETTING BRIEFING SCHEDULE**

    This matter is set for a hearing on July 9, 2010 on Defendant's motion to dismiss and/or to strike Plaintiffs' complaint. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than May 25, 2010 and a reply brief shall be filed by no later than June 2, 2010.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: May 17, 2010

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE