| | |
|---|---|
| 1 | ALAN R. BRAYTON, ESQ., S.B. #73685 |
| | DAVID R. DONADIO, ESQ., S.B. #154436 |
| 2 | NOAH J. WOODS, ESQ., S.B. #264823 |
| | BRAYTON❖PURCELL LLP |
| 3 | 222 Rush Landing Road |
| | P.O. Box 6169 |
| 4 | Novato, California 94948-6169 |
| | (415) 898-1555 |
| 5 | (415) 898-1247 (Fax No.) |

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROLE TRUITT, TRENTON TRUITT, KRISTINA WANDZILAK, ASHLEY HELLYER, KATHRYN TRUITT, as Wrongful Death Heirs of JAMES TRUITT, Deceased, and FRANK MARINO, as Personal Representative of the Estate of JAMES TRUITT, Deceased<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED TECHNOLOGIES CORPORATION,<br><br>Defendant. | Case No. CV-10-1573-JSW<br><br>Hon. Jeffrey S. White<br><br>**STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE FOR UNITED TECHNOLOGIES CORPORATION'S MOTION TO DISMISS AND/OR STRIKE PLAINTIFFS' COMPLAINT**<br><br>HEARING DATE: July 9, 2010<br>TIME: 9:00 a.m.<br>PLACE: Courtroom 11<br><br>Action filed: April 13, 201 |

The parties stipulate through their respective attorneys of record that:

Based on professional courtesy and good cause, Defendant UNITED TECHNOLOGIES CORPORATION has agreed to modify the briefing schedule, subject to this Court's approval. The parties have agreed to the following:

1. Plaintiffs' opposition to the motion must be filed by no later than June 1, 2010.

2. Defendant's reply brief to Plaintiffs' opposition must be filed by no later than June 8, 2010.

K:\Injured\108218\FED\Stip to Modify Briefing Schedule.wpd 1
STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE– USDC NDCA No. 10-CV-1573-JSW

| | | |
|---|---|---|
| 1 | Dated: 21 May 2010 | BRAYTON❖PURCELL LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Noah J. Woods |
| 5 | | Noah J. Woods |
| 6 | | Attorneys for Plaintiff |
| 7 | | |
| 8 | Dated: 20 MAY 2010 | TUCKER, ELLIS, & WEST LLP |
| 9 | | |
| 10 | | |
| 11 | | By: /s/ Lance D. Wilson |
| 12 | | Lance D. Wilson |
| 13 | | Attorneys for Defendant |
| 14 | | United Technologies Corporation |

[~~PROPOSED~~] **ORDER**

The stipulation is DENIED without prejudice for failure to demonstrate good cause.

IT IS SO ORDERED.

Dated: May 27, 2010

/s/ Jeffrey S. White

Honorable Jeffrey S. White