Case3:10-cv-01573-JSW Document16 Filed05/27/10 Page1 of 2

ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
NOAH J. WOODS, ESQ., S.B. #264823
BRAYTON❖PURCELL LLP
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

CAROLE TRUITT, TRENTON TRUITT, KRISTINA WANDZILAK, ASHLEY HELLYER, KATHRYN TRUITT, as Wrongful Death Heirs of JAMES TRUITT, Deceased, and FRANK MARINO, as Personal Representative of the Estate of JAMES TRUITT, Deceased

Plaintiffs,

vs.

UNITED TECHNOLOGIES CORPORATION,

Defendant.

Case No. CV-10-1573-JSW

Hon. Jeffrey S. White

**STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE FOR UNITED TECHNOLOGIES CORPORATION'S MOTION TO DISMISS AND/OR STRIKE PLAINTIFFS' COMPLAINT**

HEARING DATE: July 9, 2010
TIME: 9:00 a.m.
PLACE: Courtroom 11

Action filed: April 13, 201

The parties stipulate through their respective attorneys of record that:

Based on professional courtesy and good cause, Defendant UNITED TECHNOLOGIES CORPORATION has agreed to modify the briefing schedule, subject to this Court's approval. The parties have agreed to the following:

1. Plaintiffs' opposition to the motion must be filed by no later than June 1, 2010.
2. Defendant's reply brief to Plaintiffs' opposition must be filed by no later than June 8, 2010.

K:\Injured\108218\FED\Stip to Modify Briefing Schedule.wpd
1
STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE– USDC NDCA No. 10-CV-1573-JSW

Dated: 21 May 2010

BRAYTON❖PURCELL LLP

By: [signature]

Noah J. Woods

Attorneys for Plaintiff

Dated: 20 MAY 2010

TUCKER, ELLIS, & WEST LLP

By: [signature]

Lance D. Wilson

Attorneys for Defendant

United Technologies Corporation

**~~[PROPOSED]~~ ORDER**

The stipulation is DENIED without prejudice for failure to demonstrate good cause.

IT IS SO ORDERED.

Dated: May 27, 2010

[signature]

Honorable Jeffrey S. White