ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLE TRUITT, TRENTON TRUITT, KRISTINA WANDZILAK, ASHLEY HELLYER, KATHRYN TRUITT, as Legal Heirs of JAMES TRUITT, Deceased, and KRISTINA WANDZILAK as Successor-in-Interest to JAMES TRUITT, Deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED TECHNOLOGIES CORPORATION, et al. <br><br> Defendants. | Case No. 3:10-cv-01573-CRB <br><br> **REQUEST FOR DISMISSAL OF DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), WITH PREJUDICE; ORDER** <br><br><br> This document relates to: <br><br> *Carole Truitt, et al. v. United Technologies Corporation, et al.,* United States District Court, Eastern District of Pennsylvannia, Case No. 2:10-cv-69513-ER |

The parties request this Court dismiss defendant FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION) from this action with prejudice. Each party to bear its own fees and costs.

///

///

///

1

REQUEST FOR DISMISSAL OF DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), WITH PREJUDICE; ORDER

| | | |
|---|---|---|
| 1 | Dated: June 4, 2013 | BRAYTON❖PURCELL LLP |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | By: s/ David R. Donadio |
| | | DAVID R. DONADIO, ESQ., CA S.B. #154436 |
| 6 | | DDonadio@braytonlaw.com |
| | | Tel: (415) 898-1555 |
| 7 | | Fax: (415)898-1247 |
| | | Attorneys for Plaintiffs |
| 8 | | |
| 9 | | |
| 10 | Dated: 6/4/13 | BRYDON HUGO & PARKER |
| 11 | | |
| 12 | | |
| 13 | | By: [signature] |
| | | SHELLEY K. TINKOFF |
| 14 | | Attorneys for Defendant |
| | | FOSTER WHEELER LLC (FKA FOSTER |
| 15 | | WHEELER CORPORATION) |
| 16 | | |
| 17 | | |
| 18 | Dated: June 12, 2013 | SO ORDERED: |

CHARLES R. BREYER
United States District [Judge]

*IT IS SO ORDERED*
[signature] Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

2
REQUEST FOR DISMISSAL OF DEFENDANT FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), WITH PREJUDICE; ORDER