ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs
admitted *Pro Hac Vice*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Case No. 3:10-cv-01573-CRB |
| CAROLE TRUITT, TRENTON TRUITT, KRISTINA WANDZILAK, ASHLEY HELLYER, KATHRYN TRUITT, as Legal Heirs of JAMES TRUITT, Deceased, and KRISTINA WANDZILAK as Successor-in-Interest to JAMES TRUITT, Deceased, Plaintiffs, vs. UNITED TECHNOLOGIES CORPORATION, Defendant. | **PLAINTIFF'S NOTICE OF DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE; ORDER**<br><br>This document relates to:<br><br>*Carole Truitt, et al. v. United Technologies Corporation, et al.,* United States District Court, Eastern District of Pennsylvannia, Case No. 2:10-cv-69513-ER |

///
///
///
///

1
PLAINTIFF'S NOTICE OF DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE; ORDER

Plaintiff hereby dismiss the above-captioned action against all Defendants, without prejudice.

Dated: July 1, 2013              BRAYTON❖PURCELL LLP

By: s/ David R. Donadio
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
Tel: (415) 898-1555
Fax: (415)898-1247
Attorneys for Plaintiffs

IT IS SO ORDERED:

Dated: July 2, 2013             _____
Charles R. Breyer
United States District Court Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]