ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email:  DDonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California  94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs
admitted *Pro Hac Vice*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Case No. 3:10-cv-01573-CRB |
| _____ | |
| CAROLE TRUITT, TRENTON TRUITT, KRISTINA WANDZILAK, ASHLEY HELLYER, KATHRYN TRUITT, as Legal Heirs of JAMES TRUITT, Deceased, and KRISTINA WANDZILAK as Successor-in-Interest to JAMES TRUITT, Deceased, | **PLAINTIFF'S NOTICE OF DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE; ORDER** |
| Plaintiffs, | |
| vs. | This document relates to: |
| UNITED TECHNOLOGIES CORPORATION, | *Carole Truitt, et al. v. United Technologies Corporation, et al.,* United States District Court, Eastern District of Pennsylvannia, Case No.  2:10-cv-69513-ER |
| Defendant. | |

///

///

///

///

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1

PLAINTIFF'S NOTICE OF DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE; ORDER

1    Plaintiff hereby dismiss the above-captioned action against all Defendants, without

2 prejudice.

3

4

5

6 Dated: July 1, 2013                    BRAYTON❖PURCELL LLP

7

8

9

10                                       By: s/ David R. Donadio
                                             DAVID R. DONADIO, ESQ., CA S.B. #154436
11                                           Email: DDonadio@braytonlaw.com
                                             Tel: (415) 898-1555
12                                           Fax: (415)898-1247
                                             Attorneys for Plaintiffs
13

14

15

16                                       IT IS SO ORDERED:

17

18

19

20 Dated: __July 2, 2013_____          _____
                                         Charles R. Breyer
21                                       United States District Court Judge

22

23

24

25

26

27

28

PLAINTIFF'S NOTICE OF DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE; ORDER